UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                     :

S.M. individually and on behalf of T.S.,      :

                                                     :      **<u>ORDER</u>**

                                  Plaintiffs,      :

       v.                                    :      20 Civ. 5909 (AKH)

                                                       :

NEW YORK CITY DEPARTMENT OF      :
EDUCATION,                           :

                                                    :

                                Defendant.      :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      A suggestion of settlement having been made, this case is dismissed.  If the settlement is

not consummated within 30 days of this order, or an authorized enlarged date, either party may

apply by letter for restoration of the action within 10 days after the close of said period.  All

pending court dates are cancelled.  The Clerk is directed to close the case.

             SO ORDERED.

Dated:       December 17, 2020             _/s/ Alvin K. Hellerstein_____
              New York, New York           ALVIN K. HELLERSTEIN
                                         United States District Judge